■ In the Matter of STEVEN MAKAS, Petitioner, v DONALD VENETTOZZI, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [28 NYS3d 643]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge will be refunded to his inmate account. As the record does not reflect

that any loss of good time was imposed, petitioner has received all the relief to which he is entitled and the petition must be dismissed as moot (*see Matter of Kagan v Lewin*, 134 AD3d 1386, 1386 [2015]).

Lahtinen, J.P., McCarthy, Egan Jr. and Lynch, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.